IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE M. DAVIS and R. CRAIG DAVIS, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 16-5382 |
| | : | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, HOMEWARD RESIDENTIAL, INC. and OCWEN LOAN SERVICING, LLC, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 19th day of September, 2017, upon consideration of Defendants' Motion to Dismiss the Complaint (Dkt. No. 7); the Plaintiffs' Response in Opposition (Dkt. No. 8); the Defendants' Reply Brief (Dkt. No. 9); and for the reasons in the foregoing Memorandum Opinion,

**IT IS ORDERED** that Defendants' Motion (Dkt. No. 7) is **GRANTED** as to Count IV of the Complaint, which is **DISMISSED with prejudice**.

**IT IS ORDERED** that the Defendants' Motion is **GRANTED** as to Counts I, II, III and V of the Complaint, which are **DISMISSED without prejudice**, and Plaintiffs shall have fourteen (14) days, or until October 3, 2017, to file an Amended Complaint with respect to those Counts.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge