IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

DENISE M. DAVIS and
R. CRAIG DAVIS,

    Plaintiffs

v.      CIVIL ACTION
     NO. 16-5382

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE,
HOMEWARD RESIDENTIAL, INC., and
OCWEN LOAN SERVICING, LLC,

    Defendants.
_____

## ORDER

**AND NOW**, this 12th day of December, 2017, upon consideration of Defendants' Motion to Dismiss Amended Complaint or, in the Alternative, for Summary Judgment (Dkt. No. 18) filed October 18, 2017; upon consideration of Defendants' Brief in Support of Motion to Dismiss Amended Complaint, or in the Alternative, for Summary Judgment (Dkt. No 18-1) filed on October 18, 2017; upon consideration of Plaintiffs' Brief in Opposition to the Defendants' Motion to Dismiss (Dkt. No. 20-1) filed November 16, 2017; upon consideration of Defendants' Reply Brief in Support of Motion to Dismiss Amended Complaint or, in the Alternative, for Summary Judgment (Dkt. No. 23) filed December 6, 2017; and for the reasons expressed in the foregoing Memorandum Opinion,

**IT IS ORDERED** that the Defendants' Motion (Dkt. No. 18) is **GRANTED** and the Amended Complaint is **DISMISSED in its entirety with prejudice**.

1

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_/s/ Henry S. Perkin_____
HENRY S. PERKIN,
United States Magistrate Judge